# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON CHRIST, | CASE NO. 1:11-cv-00297-GBC PC |
| Plaintiff, | ORDER RE REQUEST FOR COURT TO SCREEN PLAINTIFF'S COMPLAINT |
| v. | (Doc.3) |
| B. A. WEIGLEIN, | |
| Defendant. | |

Plaintiff Jon Christ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Defendant removed this action, which was filed in Santa Clara County Superior Court, on January 28, 2011. (Doc. 1.) On the same date, Defendant filed a request seeking to have the complaint screened and be allowed sixty days to respond to the complaint, to commence upon issuance of the screening order. (Doc. 3.)

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending before the court, and delays are inevitable despite the Court's best efforts.

The Court will grant Defendant's request that they be relieved from the obligation to file a responsive pleading until sixty days after the complaint is screened.

///

///

1

Defendants' request is HEREBY GRANTED IN PART, and Defendants shall have **sixty (60) days** to file a response to the complaint, to commence upon issuance of the screening order.

IT IS SO ORDERED.

Dated:   February 24, 2011

UNITED STATES MAGISTRATE JUDGE